IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. _____

PRIVATE CITIZENS OF THE TOWN OF PARACHUTE, CO
BY MICHAEL F. HOLOWECKI, COMPETENT PRO SE

V    BMA ASSOCS et al & BOARD OF DIRECTORS. PRIVATE
FOR PROFIT
GOVT ENTITIES:
TOWN OF PARACHUTE, CO et al (TOWN HALL & POLICE)
COUNTY OF GARFIELD, CO et al (COURT, SHERIFF & COMM)

MOTION FOR ASSIGNMENT OF
COUNSEL TO PRESENT CLAIMS OF:

- DUE PROCESS CLAUSE
- FRAUD BY DECEPTION
- EMBEZZLEMENT OF PUBLIC FUNDS AND
  UNLAWFUL ANNEXATION OF LAND TO A
  PRIVATE FOR PROFIT BUSINESS
- 42 US CODE 3631 - CRIMINAL INTERFERENCE
  WITH RIGHT TO FAIR HOUSING
- 18 US CODE 241 - CONSPIRACY
- 18 US CODE 242 - DEPRIVATION OF RIGHTS UNDER
  COLOR OF LAW
- WITNESS AND LAWYER TAMPERING (MH)

IN ADDITION, PETITIONER HAS ALSO BEEN VICTIM OF FRAUD BY DECEPTION BY REALTOR AMY PERRIN AND CARDINAL MORTGAGE, LOAN ORIGINATOR RON FRAZIER, AND THEIR SELECTED VA APPRAISER WHO ON INFORMATION AND BELIEF CONCEALED STRUCTURAL, ELECTRICAL AND PLUMBING TO EFFECTIVELY DELIVER MANUFACTURED HOME THAT IS UNINHABITABLE. NEITHER BROKER OR LOAN ORIGINATOR OR MORTGAGOR REVEALED SEVERE DEFICIENCIES, LEFT TOWN 19 DAY (AP) AND/OR WERE EMPLOYED BY LENDER (RF) AND HAVE PERSONALLY ADVISED APPRAISER TO IGNORE ALL. NO REPRESENTATIVE AT CLOSING, P WAS DEFRAUDED OF >$50000. THE RELATIONSHIPS BETWEEN NAMED DEFENDANTS IS >10 YEARS. FOR 26 MONTHS FROM FEB 21 TO MAY 23. PETITIONER HAS BEEN DENIED PARTICIPATION IN PRIVATE PROPERTY OWNERSHIP, PARTICIPATION IN GOVT PLANNING COMMISSION, RENTAL CONTRACTS FOR

TOWN OWNED HISTORIC PROPERTY, POLICE AND MEDICAL AID, NUTRITION, HYDRATION, SHOPPING, DOCTORS APPOINTMENTS, ETC. BUS SERVICE DELIBERATELY INSUFFICIENT TO MEET PEOPLES NEEDS.

BATTLEMENT MESA ASSOCIATES (BMA) HAVE FULL CONTROL OF ALL THE ABOVE. AS MORE EVIDENCE IS FOUND, ATTEMPTS TO CONTACT FOR AID, PARACHUTE, CO POLICE AND GCSO DEPUTIES HAVE REFUSED 'P' SERVICE INTIRELY, BUT IMMEDIATELY OR PRIOR TO ALL INCIDENCES AND INCITE AND ENCOURAGE TO ATTACK 'P' WITH FORCE AND HAVE BEEN AT LOI.

ASSAULT, MAINING AND DEATH IS IMMINENT AS ABOVE-NAMED D's HAVE REFUSED OR DENIED MOTIONS OR DID NOT REVIEW IN BOTH GARFIELD COUNTY COUNTY AND DISTRICT COURT PER EVIDENCE, ISSUED FALSE ARREST ARREST SUMMONS FOR NO VIOLATION, LEFT THEN RETURNED

TO MY PRIVATE PROPERT UNDER DIRECTION OFF FPD CHEF SAM STEWART. MULTIPLE CRIMES HAVE BEEN IGNORED BUT MANY MALICIOUS ACTS, ACTIONS, ATTEMPTS TO PUT ME IN RISK OF CAPTURE OR DEATH HAVE BEEN SEEN AND WITNESSED TO THE DENIAL OF SERVICE, UNLAWFLY TAMPERING WITH "WITNESSES.

'P' WAS FORCED TO FLEE TO SAFETY FROM HOME WITH CLOTHES ON BACK, IS LIVING IN NATURE IN HIDING THOUGH I OWN A HOME IN FEAR, HAS NOT HAD FIT SLEEP, MALNOURISHED AND DEHYDRATED. EFFORTS IN LOWER COURTS AN DO CONTACTS WITH OFFICIALS, RESULTS IN MORE AGGRESSION, THREATS AND SEVERE BODILY HARM, INCLUDING DEATH. 'P' IS EXHAUSTED AND OTHER AILMENTS AND CAN NOT LONGER SEE WITHOUT DIFFICULTY AND HAND-EYE COORDINATION

IS NO LONGER EASY. UNDUE STRESS FROM COURT CLERKS HAVE DEBILITATED CONDITIONS IN LONG FORM, WRITTEN, AND VIDEOS, AUDIO VOICEMAILS, SUMMONSES, CREATING FALSE WITNESSES, AND COORDINATED ATTACKS WITH POLICE FROM TOWN OF PARACHUTE, SHERIFF DEPUTIES, COUNTY AND DISTRICT JUDGES, COUNTY COMMISSIONERS. $500,000 MISSING FROM TREASURY AND UNLAWFUL ANNEXATIONS OF PROPERTY TO BMA ASSOCIATES. OFFICER WILL VANTENLIGEN OF PPD CAUSED PANICK ATTACKS, NEAR SEIZURES AND AN ATTEMPT ON MY LIFE, HE HAS STATED REPEATEDLY "I DON'T LIKE YOU AND I DON'T CARE", BUS SERVICE TO COURTS DENIED, AND AFTER KNOWLEDGE OF INTENT TO

APPEAR AT USDC DENVER, ALL BUS SERVICE DISCONTINUED. ON FIRST ATTEMPT TO DEPART PARACHUTE FOR DENVER 'P' RAN GAUNTLET OF NEIGHBORS IN NEIGHBORHOOD BY JUMPING FENCES, MENACING, AND THREATS FROM PRESENT PPD &GCSO IN WITNESS > 6 INCIDENCES OF THREATS IGNORED, TOWN EMPLOYEES AT EVERY PEDESTRIAN PATH PURPOSELY AND LIGHTS AND SURVEILLANCE CAMERA'S ILLEGALLY INSTALLED TO MONITOR 'P's MOVEMENTS, IMMEDIATELY MULTIPLE NEIGHBORS ADVANCED TO FORCE 'P' TO RETREAT BACK HOME. ON MAY 26, 2023, A FEMALE IN A GARFIELD CO VEHICLE MADE UNANN- OUNCED VISIT TO PH. 'P' TERRIFIED

INSIDE WITH MH COMPANION CANINES FOR 100% T&D VETERAN, FEMALE REFUSED TO STATE PURPOSE, "FRIEND OR FOE". UPON FEMALE'S DEPARTURE, 'P' ARRANGED EMERGENCY REMOVAL BY PRIVATE VEHICLE FROM HOME TO SILT, CO. WHERE 'P' WALKED HID AND AVOIDED DETECTION, WAS DELAYED IN TRANSIT AND ARRIVED HERE TODAY AFTER 2 DAYS ALL PROPERTY, VEHICLES, POSSESSIONS, PETS, COMFORTS AND RIGHTS AND FROM AGGRESSION FROM NEIGHBORS, LE, GOV'T OFFICIALS, ETC., RESPONSE HAS BEEN AN EXPLICIT INTENT TO CAUSE 'P's HARM OR DEATH. 'P' CANNOT GO HOME OR HAVE SAFETY THERE UNLESS A MRO PROTECTING 'P' IS ISSUED BY THIS COURT. 'P' IS ONE MAN AGAINST

AN UNKNOWN ARMY OF FORCES INCLUDING L.E.

EMAIL, LETTERS OF INTEREST, SUMMONS, WARNINGS, NO PC CONTACT ON CURTILAGE, AT DOORS, UNDER SURVEILLANCE, MRO REJECTIONS AGAINST PROPER FORM, NOT FILING ALL MOTIONS TO PRESENT BEFORE THE COURT, AND MAY 21, 2023, WITH WEAPON DRAWN AND READYING TO LEVEL AS `P' ATTEMPTED TO LOCATE TAPPING ON HOUSE BY WILL VANTENLIGEN HAD INTENTION OF ENDING MY LIFE WHILE ON DUTY WITH SERVICE WEAPON.

ALL DEFENDANTS ARE AWARE `P' IS HERE. `P' CANNOT SAFELY RETURN HOME FROM DENVER UNTIL MRO'S ARE ISSUED ALL RELEVANT EVIDENCE AND WITNESSES ARE AVAILABLE AND `P' WOULD LIKE TO RESPECTFULLY REQUEST AN IMMED-

LATE MRO HEARING WHEN FURTHER STATEMENTS AND EVIDENCE CAN BE PROVIDED AND ADDITIONAL MOTIONS MADE VERBALLY.

'P' REPRESENTS SELF, IS NOT COBAR AN REQUEST LEGAL AID TO PRESENT SEPERATELY AND JOINTLY FOR CITIZENS, TOWN OF PARACHUTE, GARFIED COUNTY, CO 81365. OF WHICH 'P' IS RESIDENT AND HOPEFUL GOVT REP FOR THE PEOPLE.

'P' BELIVES TO RETURN TO PARACHUTE IS A DEADLY RISK. PLEASE HELP ME. 'P' HAS UNCOVERED > $3,000,000 IN CASH AND PROPERTY AND THEY WANT 'P' SILENCED.

DUE PROCESS
FRAUD BY DECEPTION AND
OTHER.

Please check the type of claim you are filing:

~~_____ Disability Insurance Benefits Claim (Title II)~~

~~_____ Supplemental Security Income Claim (Title XVI)~~

~~_____ Child Disability Claim~~

~~_____ Widow or Widower Claim~~

## C.     JURISDICTION AND EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff has exhausted administrative remedies in this matter and the court has jurisdiction for
judicial review pursuant to 42 U.S.C. § 405(g) and/or 1383(c)(3).

## D.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.*

MRO PROTECTING 'P', LEGAL
AID FOR PEOPLE, CONTACT WITH POJ
TO SUBMIT CLAIMS OF LARGE SCALE
THEFT OF TREASURY AND DENIAL
OF SERVICE

## E.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

TRUST FOR CITIZENS OF
PARACHUTE, CO

_____
(Plaintiff's signature)

MAY 26, 2023
_____
(Date)

(Form Revised December 2017)

2